

# Fourth Court of Appeals
## San Antonio, Texas

February 23, 2015

No. 04-14-00785-CV

Mary Ann **CASTRO**,
Appellant

v.

Manuel **CASTRO**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-15957
Honorable Janet P. Littlejohn, Judge Presiding

# O R D E R

The Appellant's Motion for Emergency Spousal Maintenance is DENIED.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of February, 2015.

_____
Keith E. Hottle
Clerk of Court